**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

DWAYNE JONES,                    :    No. 65 EM 2018
                                 :
                    Petitioner   :
                                 :
                                 :
                                 :
        v.                       :
                                 :
                                 :
                                 :
COURT OF COMMON PLEAS OF         :
PHILADELPHIA COUNTY,             :
                                 :
                    Respondent   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of August, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.